IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MORLOCK, L.L.C. A TEXAS** <br> **LIMITED LIABILITY COMPANY** <br><br> Plaintiff, <br><br> v. <br><br> **THE BANK OF NEW YORK MELLON** <br> **TRUST COMPANY, N.A., TRUSTEE,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No.: 4:12-cv-1585 |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

**COMES NOW** Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee ("BONYM") and, pursuant to Fed. R. Civ. P. 7.1, hereby makes the following disclosures:

(1) BONYM is a national association, and is a wholly-owned subsidiary of the Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is a publicly-held company. No corporation owns 10% or more of its stock.

(2) Aside from the parties and their counsel, the undersigned is not aware of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case.

1

1/2334684.1

Respectfully submitted,

**/s/ Graham Gerhardt**
Graham W. Gerhardt
(Bar No. 24075698)
(S.D. Tex. Admission No. 1138806)
ATTORNEY-IN-CHARGE FOR DEFENDANT
D. Brian O'Dell
(Bar No. 24044319)
(S.D. Tex. Admission No. 638738)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2012, I served a copy of the foregoing via the Court's electronic filing system and by first-class U.S. Mail to the following:

Jerry L. Schutza
11 Greenway Plaza, Suite 2820
Houston, Texas 77046

**/s/ Graham Gerhardt**
OF COUNSEL