IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORLOCK, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1585 |
| | § | |
| BANK OF NEW YORK MELLON, | § | |
| Defendant. | § | |

## ORDER

It is hereby **ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is rescheduled to **August 3, 2012**, and the initial pretrial conference is rescheduled to **9:30 a.m. on August 10, 2012**.

SIGNED at Houston, Texas, this 25th day of **July, 2012.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2012\1585ResetIPTC.wpd   120725.1551