## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MORLOCK, L.L.C. A TEXAS LIMITED LIABILITY COMPANY** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **C.A. No.: 4:12-cv-1585** |
| | ) | |
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., TRUSTEE,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** J. Riley Key of Bradley Arant Boult Cummings LLP, and hereby gives notice of his appearance as additional attorney of record for defendant The Bank of New York Mellon Trust Company, N.A., as Trustee ("BONYM").

1

Respectfully submitted,

**/s/ J. Riley Key**
Graham W. Gerhardt
(Bar No. 24075698)
(S.D. Tex. Admission No. 1138806)
ATTORNEY-IN-CHARGE FOR DEFENDANTS
D. Brian O'Dell
(Bar No. 24044319)
(S.D. Tex. Admission No. 638738)
J. Riley Key
(S.D. Tex. Admission No. 1365897)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

ATTORNEYS FOR BANK OF NEW YORK MELLON
TRUST COMPANY, N.A., AS TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I served a copy of the foregoing via the Court's electronic filing system to the following:

Jerry L. Schutza
11 Greenway Plaza, Suite 2820
Houston, Texas 77046

**/s/ J. Riley Key**
OF COUNSEL

2