IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MORLOCK, L.L.C. A TEXAS LIMITED LIABILITY COMPANY**   )<br>)<br>)<br>    Plaintiff,     )<br>)<br>v.     )<br>)<br>**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., TRUSTEE,**   )<br>)<br>)<br>    Defendant.     ) | **C.A. No.: 4:12-cv-1585** |

### DEFENDANT'S CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's procedures.  On July 27, 2012, I served copies of the Order for Pretrial Conference and Court Procedures, as well as the Court's July 25, 2012 Order resetting the Pretrial Conference, on all other parties.

  \_\_\_07/27/12_____             \_/s/ Graham W. Gerhardt_____

         Date                                                                  Attorney for Defendant

1/2363981.1