IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORLOCK, L.L.C. A TEXAS LIMITED LIABILITY COMPANY | § § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 4:12-cv-1585 |
| | § § | |
| THE BANK OF NEW YORK MELLON, TRUST COMPANY, N.A., TRUSTEE | § § § | |
| Defendant | § § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
PLAINTIFFS' TIME TO FILE A
<u>RESPONSE TO DEFENDANT'S MOTION TO DISMISS</u>**

Having considered Plaintiff's Unopposed Motion to Extend Defendant's Time to File a Reply Brief in Support of Defendant's Motion to Dismiss, the Court finds that the Motion is well taken and should be GRANTED. It is hereby ORDERED that Plaintiff's deadline to file a reply brief is extended to **July 31, 2012.**

SIGNED on August 2, 2012.

_____
Nancy F. Atlas
United States District Judge

J:\Klein, David\1858 Augusta\Pleadings\Order - Unopposed Mot to Extend Time to File Res.wpd