# HEARING MINUTES AND ORDER

**Cause Number**:  12CV1585

**Style**:  Morlock, LLCA, Texas Limited Liability Company v. The Bank of New York Mellon, *et al.*,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Jerry Schutza | Plaintiff |
| Graham Gerhardt (by telephone) | Defendant |

**Date**: August 10, 2012              **ERO**:
**Time**: 9:38 a.m.- 10:07 a.m.        **Interpreter:**

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Mellon Bank must provide by **September 24, 2012**, a copy of the original note and an affidavit of the chain of title.

Plaintiff must file an amended complaint by **October 8, 2012**.
Motions due **October 31, 2012**.
Responses due twenty one (21) days after filing of the motions.
Replies due seven (7) days after filing of the reponses.
Status conference is set for **December 10, 2012 at 1:00 p.m.**

Both counsel for Mellon Bank must turn over under protective order all financial matters pertaining to these two cases.

Motion for Defendant's Rule 12(c) Motion for Judgment on the Pleadings and Accompanying Brief in Support Thereof Judgment by Bank of New York Mellon Corporation, The Bank of New York Mellon Trust Company, N.A [Doc. #5] is DENIED without prejudice as moot in accordance with the record in open court.

**SIGNED** at Houston, Texas this 10th day of August, 2012.

_____
Nancy F. Atlas
United States District Judge