IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORLOCK, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1585 |
| | § | |
| BANK OF NEW YORK MELLON, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Morlock, LLC, filed a Motion for Leave to File First Amended Complaint ("Motion") [Doc. # 18].  The Motion does not contain a Certificate of Conference as required by Rule 7.1(D) of the Local Rules for the Southern District of Texas.  Accordingly, it is hereby

**ORDERED** that Plaintiff shall file by **November 9, 2012**, a Certificate of Conference as required by Local Rule 7.1(D).

SIGNED at Houston, Texas, this **6th** day of **November, 2012.**

_____
Nancy F. Atlas
United States District Judge