IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORLOCK, L.L.C. A TEXAS<br>LIMITED LIABILITY COMPANY<br>    Plaintiff,<br><br>v.<br><br><br>THE BANK OF NEW YORK MELLON<br>TRUST COMPANY, N. A., TRUSTEE<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:12-cv-1585 |

## CERTIFICATE OF CONFERENCE FOR MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

I certify that prior to filing the Motion for Leave to File Plaintiff's First Amended Complaint, I conferred with opposing counsel and he is opposed to the relief sought in the motion.

                                    Respectfully submitted,

                                    By:   /s/ Jerry L. Schutza
                                           Jerry L. Schutza
                                           State Bar No. 17853800
                                           11 Greenway Plaza, Suite 2820
                                           Houston, Texas  77046
                                           (713) 961-1200
                                           (713) 961-0941 (Fax)

**ATTORNEY FOR PLAINTIFF**
**MORLOCK, L.L.C**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to opposing counsel and all parties of interest via facsimile, regular and/or certified mail, return receipt requested on November 8, 2012.

*__Via Fax (205) 488-6393__*
Graham W. Gerhardt
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL 35203

/s/ Jerry L. Schutza

J:\Klein, David\1858 Augusta\Pleadings\Cert of Conf. Motion for Leave.wpd