IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORLOCK, LLC,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-12-1585 |
| BANK OF NEW YORK MELLON,<br>　　　Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered this day, it is hereby

**ORDERED** that Defendant's Renewed Rule 12(c) Motion for Judgment on the Pleadings [Doc. # 15] is **GRANTED**. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **30th** day of **November, 2012**.

_____
Nancy F. Atlas
United States District Judge