UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MORLOCK, L.L.C.** | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:12-cv-1585 |
| | § | |
| **THE BANK OF NEW YORK MELLON,** | § | |
| **TRUST COMPANY, N.A., TRUSTEE** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Morlock, L.L.C., Plaintiff hereby gives notice of appeal of the Final Judgment (Memorandum Opinion and Order) dated November 30, 2012, and its desire to appeal to the United States Court of Appeals for the Fifth Circuit.

The parties to the Order/Judgment appealed from and the names and address of their attorneys are:

Morlock, L.L.C.
Jerry L. Schutza
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 961-1200
(713) 961-0941 (fax)

The Bank of New York Mellon,
Trust Company, N.A., Trustee
Graham W. Gerhardt
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL 35203 214-871-2100
(205) 521-8393
(205) 488-6393 (fax)

        Respectfully submitted,

      */s/ Jerry L. Schutza*
      _____
      Jerry L. Schutza
      SBN 17853800
      11 Greenway Plaza, Suite 2820
      Houston, Texas   77046
      Phone:  (713) 961-1200
      Fax:  (713) 961-0941

      **ATTORNEY FOR PLAINTIFF**
      **MORLOCK, L.L.C.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appeal was sent to opposing counsel and all parties of interest via regular mail and/or facsimile on this the 27th day of December, 2012.

    The Bank of New York Mellon,
    Trust Company, N.A., Trustee
    Graham W. Gerhardt
    One Federal Place
    1819 Fifth Avenue, North
    Birmingham, AL 35203214-871-2100
    (205) 521-8393
    (205) 488-6393 (fax)

      */s/ Jerry L. Schutza*
      _____
      Jerry L. Schutza