

Alecia H. Cockrell
*Paralegal*
Direct: (205) 521-8643
Fax: (205) 488-6643
acockrell@babc.com

January 30, 2013

U.S.D.C. Southern District of Texas
Houston Division
P.O. Box 61010
Houston, TX 77208

    Re:    *Morlock LLC v. The Bank of New York Mellon Trust Company, N.A. as Trustee*
              **Case No. 4:12-cv-01585**

Dear Sir or Madam:

    Please accept this letter as our request for a cd of the record on appeal that was transmitted to the United States Court of Appeal, Case No. 12-20832. The cd should be sent to the following:

    Alecia Cockrell
    Bradley Arant Boult Cummings LLP
    1819 Fifth Ave. N.
    Birmingham, AL 35203

    Thank you for your assistance with this matter. Please feel free to contact me if you have any questions.

    Sincerely,

    */s/ Alecia Cockrell*

    Alecia H. Cockrell
    Paralegal

ahc
Enclosures